Public Service Mutual Insurance Company
Appeal.

Submitted June 14, 1971. *Ronald J. Brockington*, for appellant; *Arthur K. Makadon* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.